UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 18-cr-10382-PBS

UNITED STATES OF AMERICA

v.

**DANIEL O'CONNOR, Jr.**

**INITIAL SCHEDULING ORDER**

**October 31, 2018**

CABELL, M.J.

The above named defendant was arraigned before this Court and has elected to proceed under the Automatic Discovery Rules. Accordingly, the parties shall comply with their discovery obligations set forth in Local Rules ("LR") 116.1 through 116.4. Furthermore, it is HEREBY ORDERED that:

1. The date for the completion of Automatic Discovery under LR 116.1(c) and for the disclosure of exculpatory evidence under LR 116.2(b)(1) is **Friday, November 30, 2018**. The parties are reminded of their obligation under LR 116.1(f) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2. The Initial Status Conference[1] will be held on **Tuesday, December 11, 2018 at 10:00 am.** The Joint Memorandum addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business on **Tuesday, December 04, 2018.**

With these deadlines in mind, the Court anticipates a final status conference and return of the case to the District Judge occurring on or before **Thursday, January 31, 2019**. Rule 12 motions must be filed by the time of the final status conference unless a different schedule is set by the court.

    /s/ Donald L. Cabell
    Donald L. Cabell
    United States Magistrate Judge

---

[1] If the parties do not feel that an initial status conference is necessary they should state that on the joint submission to the court and the court will cancel the status conference.